**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **VALENTINA TIMARÁN RESTREPO,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-26-661-G** |
| ) | |
| **WARDEN, Diamondback** ) | |
| **Correctional Facility, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## **ORDER**

On April 1, 2026, the Court granted in part Petitioner Valentina Timarán Restrepo's Amended Emergency Application for Temporary Restraining Order.  *See* Order of Apr. 1, 2026 (Doc. No. 7).  On April 2, 2026, Respondents Markwayne Mullin and Todd Lyons submitted a Response (Doc. No. 10).

Based on the information presented by Respondents reflecting compliance with the April 1, 2026 Order to date, and finding no need for further emergency relief, the Court will not take further action regarding the Amended Emergency Application.

As stated therein, the April 1, 2026 Order will expire on April 15, 2026.  If Petitioner seeks relief beyond that date, or additional relief prior to that date, Petitioner must move for that relief consistent with applicable statutes and rules.  If Respondents seek to be excused from compliance with the April 1, 2026 Order for any reason, including additional evidence, Respondents must move for that relief consistent with applicable statutes and rules.

The Petition for Writ of Habeas Corpus (Doc. No. 1) will be considered in due course.

IT IS SO ORDERED this 3rd day of April, 2026.

CHARLES B. GOODWIN
United States District Judge

2