**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **VALENTINA TIMARÁN RESTREPO,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-661-G** |
| | ) |
| **WARDEN, Diamondback** | ) |
| **Correctional Facility, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

On April 7, 2026, Petitioner Valentina Timarán Restrepo's filed an Emergency Motion (Doc. No. 14), seeking enforcement of the Court's Order of April 1, 2026.

On April 10, 2026, certain Respondents filed a Response (Doc. No. 17).

IT IS ORDERED that, no later than April 15, 2026, Petitioner may file a reply to the Response (Doc. No. 17).  If Petitioner wishes to challenge the evidence submitted by Respondents, she may submit relevant evidence with her reply.

IT IS SO ORDERED this 10th day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge